PROB 12C
(6/16)

Report Date: August 29, 2025

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2025

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

ECF No. 98

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Elpidio Solorio-Bejar | Case Number: 0980 4:23CR06003-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮ Eltopia, Washington 99330 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 18, 2024

Original Offense:    Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

| | | |
|---|---|---|
| Original Sentence: | Prison - Time Served (383 days) TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 6, 2025) | Prison - Time Served (120 days) TSR - 30 months | |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: February 25, 2025 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 24, 2027 |

## PETITIONING THE COURT

To issue a **warrant**.

On April 3, 2024, and on March 28, 2025, a United States Probation Officer (USPO) reviewed all the conditions of supervised release with Mr. Solorio-Bejar. He verbalized an understanding and signed a copy of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Jose Solorio-Bejar is considered to be in violation of his term of supervised release conditions by failing to comply with outpatient substance abuse treatment by aborting treatment on or about August 18, 2025. |

Prob12C
Re: Solorio-Bejar, Jose Elpidio
August 29, 2025
Page 2

On August 19, 2025, the substance abuse counselor at Pioneer Human Services, which is located in Spokane, Washington, reported to USPO Courtney Hambel that Mr. Solorio-Bejar was absent from a scheduled treatment group session the day before on August 18, 2025.

On August 20, 2025, USPO Hambel contacted Mr. Solorio-Bejar regarding this missed treatment session. He reported he was residing at his parents' house at the address listed above in Eltopia, Washington, and this was the reason why he was absent from treatment.

On that same date of August 20, 2025, the undersigned officer made telephonic contact with Mr. Solorio-Bejar. At that time, he was instructed to contact Pioneer Human Services on this same date to initiate a transfer of treatment services to a local substance abuse treatment agency.

Mr. Solorio-Bejar later admitted to the undersigned officer on August 21, 2025, to not making contact with the substance abuse treatment agency. Mr. Solorio-Bejar was then directed to contact the treatment agency and call the undersigned officer the following day on August 22, 2025, with a treatment update. On August 21, 2025, Mr. Solorio-Bejar did not contact the undersigned officer with a treatment update.

On August 29, 2025, the substance abuse counselor from Pioneer Human Services confirmed the defendant aborted treatment, and efforts to contact him had been unsuccessful.

Mr. Solorio-Bejar did not have advance permission to discontinue treatment services. As of the completion of this report, Mr. Solorio-Bejar has not complied with re-engaging in substance abuse treatment services.

2   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jose Solorio-Bejar is considered to be in violation of his conditions of supervised release by failing to report for drug testing as instructed on August 20, 2025.

On August 20, 2025, the defendant reported he was driving to Spokane, and his assigned color for the color line program had been called on this date. The undersigned officer instructed him to report to Pioneer Human Services to complete this drug test. He verbalized understanding of this instruction and said, " I will."

On August 21, 2025, Mr. Solorio-Bejar admitted he did not go to Pioneer Humane Services and he did not complete the drug test. The explanation he provided for not completing the drug test as instructed was that he "became angry," at the undersigned officer for telling him "what to do," adding he is "an adult," he knows what he needs "to be doing," he has "been doing this," and overall how tired he is of "this."

3   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Solorio-Bejar, Jose Elpidio
August 29, 2025
Page 3

**Supporting Evidence**: Jose Solorio-Bejar is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or between August 20 through 28, 2025.

On August 29, 2025, Mr. Solorio-Bejar admitted to the undersigned officer to using methamphetamine on an ongoing basis since August 20, 2025. He admitted he was already having cravings to use methamphetamine, and then he became angry with the undersigned officer, so he relapsed.

Mr. Solorio-Bejar admitted to using methamphetamine, "hot rails," twice a day with the last use being on August 28, 2025.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/29/2025

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/2/2025
Date