PROB 12C
(6/16)

Report Date: November 13, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2025

SEAN F. McAVOY, CLERK

ECF No. 123

| | |
|---|---|
| Name of Offender: Jose Elpidio Solorio-Bejar | Case Number: 0980 4:23CR06003-SAB-1 |
| Last Known Address of Offender: ▇▇▇▇▇▇ Eltopia, Washington 99330 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: March 18, 2024 | |
| Original Offense: Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: Prison - Time Served (383 days) TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 6, 2025) Prison-Time Served (120 days) TSR - 30 months | |
| Asst. U.S. Attorney: Brandon Lloyd Pang | Date Supervision Commenced: February 25, 2025 |
| Defense Attorney: Craig Webster | Date Supervision Expires: August 24, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 29, 2025 (docketed on September 2, 2025).

On April 3, 2024, and on March 28, 2025, a United States Probation Officer (USPO) reviewed all the conditions of supervised release with Mr. Solorio-Bejar. He verbalized an understanding and signed a copy of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Solorio-Bejar is considered to be in violation of his term of supervised release conditions by failing to obey all laws by being charged with the offense of felon in possession of ammunition, on or about September 17, 2025. |
| | On October 22, 2025, Mr. Solorio-Bejar was charged with the new crime of felon in possession of ammunition in U.S. District Court case 4:25MJ07173-ACE-1. According to |

the criminal complaint, on or about September 17, 2025, at approximately 2:33 a.m., West Richland Police Department officers observed a vehicle traveling northbound on Bombing Range Road in West Richland, Washington, with a defective plate light. Subsequently, a traffic stop was conducted. Mr. Solorio-Bejar was the driver of the vehicle and another person was in the front passenger seat.

Mr. Solorio-Bejar was arrested on the outstanding warrant for supervised release violations related to this same instant matter. A search incident to arrest was conducted and a 40-caliber bullet was found in the defendant's front right jean pant pocket. Upon further examination of the ammunition, it was determined this was a 40 caliber S&W Speer ammunition, and it was manufactured in Lewiston, Idaho.

An indictment was returned on November 5, 2025, in the Eastern District of Washington, case number 4:25CR06037-SAB-1, for the above offense.

| | |
|---|---|
| 5 | **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: Mr. Solorio-Bejar is considered to be in violation of his term of supervised release condition by possessing ammunition on or about September 17, 2025.

Refer to the supporting evidence in violation 4.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 13, 2025

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Solorio-Bejar, Jose Elpidio
November 13, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

11/14/2025
Date